Mark E. Smith
Smith McKenzie Rothwell &
 Barlow, P.S.
500 Union St., Suite 700
Seattle, WA  98101
(206) 224-9900

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. C03-5172FDB |
| v. | ) ) | **ORDER OF DISMISSAL** |
| ., LANDEL CORPORATION, a Washington Corporation, | ) ) ) | **WITHOUT PREJUDICE** |
| Defendant. | ) ) | |

IN ACCORDANCE WITH plaintiffs' motion, it is hereby,

ORDERED, ADJUDGED and DECREED that this action be dismissed without prejudice and without costs to any party.

DATED this 7th day of October 2005.

ORDER OF DISMISSAL
WITHOUT PREJUDICE - 1

                                                             FRANKLIN D. BURGESS
                                                             UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mark E. Smith*
Mark E. Smith, WSBA #30924
SMITH McKENZIE ROTHWELL
   & BARLOW, P.S.
Attorneys for Plaintiff Trusts

ORDER OF DISMISSAL
WITHOUT PREJUDICE - 2